UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL LARKE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF REVENUE CHILD SUPPORT, et al.,<br><br>    Defendants. | Civil Action No. 10-12148-JLT |

## ORDER

May 17, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, the DOR and Shine's Motion to Dismiss the Complaint [#8] is ALLOWED and Plaintiff's Motion for an Injunction to Have DOR Disclose Public Records [#12] is DENIED. For that reason, Plaintiff's Motion for a Hearing on the Injunction [#14] is MOOT. The DOR and Shine are no longer defendants in this action.

IT IS SO ORDERED.

                                                            /s/ Joseph L. Tauro
                                                         United States District Judge