UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL LARKE,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF REVENUE CHILD SUPPORT, et al.,<br><br>    Defendants. | Civil Action No. 10-12148-JLT |

ORDER

July 18, 2011

TAURO, J.

Defendants Laura Reyes and Susan M. Robak are the sole remaining defendants in this case. Because more than 120 days have passed since Plaintiff filed the Complaint[1] and Plaintiff has not demonstrated to this court that these Defendants have been served with the Complaint,[2] this case is DISMISSED WITHOUT PREJUDICE against Defendants Reyes and Robak. This case is CLOSED.

IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                                United States District Judge

---

[1] See Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant . . . .").

[2] See Fed. R. Civ. P. 4(l)(1) ("[P]roof of service must be made to the court.").